THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.  06-117-WS-M |
| | * | |
| THE CONTENTS OF AMSOUTH BANK | * | |
| ACCOUNT NO.XXXXXXXXX3381 HELD IN | * | |
| THE NAME OF CRYSTAL BUIE FOSTER/ | * | |
| ALPHA WELLNESS CLINIC OF | * | |
| ALABAMA, DBA MEDSYOURWAY.COM; | * | |
| THE CONTENTS OF HANCOCK BANK | * | |
| OF LOUISIANA ACCOUNT NO. XX9478, | * | |
| HELD IN THE NAME OF ALPHA | * | |
| WELLNESS CLINIC, INC; AND THE | * | |
| CONTENTS OF PEOPLES BANK OF | * | |
| LOUISIANA ACCOUNT NO. XXX4295, | * | |
| HELD IN THE NAME OF ED BUIE | * | |

**ORDER OF FORFEITURE**

This matter is before the Court on plaintiff's Motion for Entry of Order of Forfeiture (doc. 24).

For cause shown, and in light of the settlement entered into by and between the Government and the

owners of the assets in question, the Motion is **granted**.[1]

_____

[1]     Both the Motion for Entry of Forfeiture and the Release and Settlement (doc. 23) were filed by plaintiff in unredacted, unsealed form, without inclusion of redacted copies to be made publicly available.  This omission, which resulted in the recitation of complete account number information for the defendant accounts, was contrary to plaintiff's own representations in footnote 1 of the Release document, as well as Standing Order No. 30.  Upon recognizing this error, the Clerk's Office has **sealed** documents 23 and 24 to protect the personal privacy of the account holders.  The proposed Order of Forfeiture was also submitted in unredacted form; therefore, the undersigned has redacted the account numbers _sua sponte_ to safeguard the personal data identifiers at issue.  Having been so redacted, this Order will not be filed under seal, but will be fully accessible to the public through this District Court's CM/ECF system.

On April 19, 2006, an amended verified complaint for forfeiture in rem was filed on behalf of the United States against the defendant Contents of AmSouth Bank Account No. XXXXXXXXXX3381, held in the name of Crystal Buie Foster/Alpha Wellness Clinic of Alabama, DBA MEDSYOURWAY.COM; the Contents of Hancock Bank of Louisiana Account No. XX9478, held in the name of Alpha Wellness Clinic, Inc.; and the Contents of Peoples Bank of Louisiana Account No. XXX4295, held in the name of Ed Buie, to enforce the provisions of Title 21, United States Code, Section 881(a)(6).  Process was fully issued in this action for the forfeiture of the defendant property under the amended complaint.

Pursuant to the warrants of arrest in rem issued by the Clerk of Court on April 20, 2006,  the defendant Contents of AmSouth Bank Account No. XXXXXXXXXX3381, held in the name of Crystal Buie Foster/Alpha Wellness Clinic of Alabama, DBA MEDSYOURWAY.COM; the defendant Contents of Hancock Bank of Louisiana Account No. XX9478, held in the name of Alpha Wellness Clinic, Inc.; and the defendant Contents of Peoples Bank of Louisiana Account No. XXX4295, held in the name of Ed Buie, were seized on August 25, 28, and October 10, 2006, respectively.

On August 24, 2006, a copy of the Complaint, Warrant and Summons and the amended versions thereof were served on Crystal Buie Foster and Ed Buie, by and through their counsel, notifying them of this seizure and forfeiture action, of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property, and of the intent of the United States to dispose of the property in accordance with the law.

Notice of this seizure and forfeiture action, of the right of all third parties to petition the court

within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property, and of the intent of the United States to dispose of the property in accordance with the law, was published in the *Press-Register*, a newspaper of general circulation in the Southern District of Alabama, on November 15, 16, 17, 20, 21, and 22, 2006.

All identifiable possible claimants were served.  All possible claimants have had adequate notice and time in which to file a claim and an answer.  No such claims or answers have been filed, and the applicable filing deadline has long since expired.

In December 2006, the Plaintiff and Crystal Buie Foster and Ed Buie entered into a Release and Settlement of All Claims and Stipulation and Consent to Entry of Order of Forfeiture, in which Crystal Buie Foster and Ed Buie agreed to forfeit to the United States defendant Contents of AmSouth Bank Account No. XXXXXXXXXX3381, held in the name of Crystal Buie Foster/Alpha Wellness Clinic of Alabama, DBA MEDSYOURWAY.COM; the defendant Contents of Hancock Bank of Louisiana Account No. XX9478, held in the name of Alpha Wellness Clinic, Inc.; and the defendant Contents of Peoples Bank of Louisiana Account No. XXX4295, with each settling party to bear his, her or its own costs.

With the parties having reached a compromise and an agreement to the disposition of the defendant contents of accounts as hereinabove described and as more fully set forth in the Release and Settlement of All Claims and Stipulation and Consent to Entry of Order of Forfeiture, and no claims, answers, or pleadings having been filed in opposition to the forfeiture of said defendants, and there being no remaining issues, final disposition of this action is appropriate at this time.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised

in the premises, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1.    This Court has jurisdiction over the subject matter, and the amended complaint states a claim upon which relief may be granted.

2.    In accordance with the  Release and Settlement of All Claims and Stipulation and Consent to Entry of Order of Forfeiture, the defendant Contents of AmSouth Bank Account No. XXXXXXXXXX3381, totaling approximately $31,675.90,  held in the name of Crystal Buie Foster/Alpha Wellness Clinic of Alabama, DBA MEDSYOURWAY.COM; the defendant Contents of Hancock Bank of Louisiana Account No. XX9478, totaling approximately $27,800.22, held in the name of Alpha Wellness Clinic, Inc.; and the defendant Contents of Peoples Bank of Louisiana Account No. XXX4295, totaling approximately $71,362.73, all of which were seized by the U.S. Marshals Service, are **ordered** to be forfeited to the United States of America pursuant to the provisions of Title 21, United States Code, Section 881(a)(6).

3.    This Order resolving all matters and issues joined in this action, the Clerk of Court is direct to close this file for administrative and statistical purposes.


**DONE and ORDERED** this 25th day of January, 2007.


s/ WILLIAM H. STEELE                                      
UNITED STATES DISTRICT JUDGE